AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

PATRICIA FIERLE and DANIEL FIERLE,
husband and wife,

      Plaintiffs,

V.

JORGE PEREZ MD LTD, a Nevada
Professional Corporation, dba Sierra Nevada
Oncology Care; JORGE PEREZ, MD, PHD,
MRCP, MRCPATH, an individual; MELISSA
MITCHELL, RN, an individual; and DOES 1-
50, inclusive,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00421-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss or For Summary Judgment (#12) is GRANTED.

| | |
|---|---|
| May 23, 2008 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ Daniel R. Morgan |
| | Deputy Clerk |